

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. 25mj0607 |
| Plaintiff, | ) | |
| v. | ) | **COMPLAINT FOR VIOLATION OF:** |
| | ) | Title 8, USC 1326 Deported Alien Found In The United States |
| Abel CHAVEZ-Tizol, | ) | Title 18 USC, Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

## COUNT ONE

On or about February 11, 2025, within the Southern District of California, defendant, Abel CHAVEZ-Tizol, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

## COUNT TWO

On or about February 11, 2024, within the Southern District of California, defendant Abel CHAVEZ-Tizol, did intentionally and forcibly assault a person designated in Title 18 United States Code, Section 1114, by kicking rocks, a dangerous weapon, toward a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol, Border Patrol Agent R. Contreras, who was engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1), a felony.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON FEBRUARY 11, 2025.

_____
HON. MICHAEL S. BERG
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Abel CHAVEZ-Tizol

## PROBABLE CAUSE STATEMENT

On February 11, 2025, Border Patrol Agent R. Contreras Jr., was performing line watch operations in the Brown Field Station's area of responsibility. Agent Contreras Jr., responded to assist two Agents that were actively working a group of four individuals in an area known to agents as "the 4x4." Agent Contreras followed the footprints for approximately 20 minutes. As the agents approached a backpack, four subjects got up and began to run west up the mountain. Agents gave verbal commands to stop with only two of the subjects stopping and two continuing to abscond. One of the subjects later identified as CHAVEZ-Tizol Abel, made it to the top of the ridge first. Agent Contreras then heard Agent Thompson yell out "ROCKS!" When Agent Contreras looked up with his flashlight and saw CHAVEZ kicking down a brigade of large, jagged rocks toward them.

Agents managed to dodge the rocks and as soon as it was safe Agent Contreras began to give chase up the mountain after the two subjects that absconded. Border Patrol Agent J. Palmer had activated his Small Unmanned Ariel System and guided Agent Contreras towards an individual hiding in the brush. Agent Contreras identified himself as a United States Border Patrol Agent and conducted an immigration inspection. CHAVEZ stated that he is a citizen and national of Guatemala without any immigration documents that would allow him to enter or remain in the United States legally. At approximately 1:00 a.m., Agent Contreras placed CHAVEZ under arrest. This area is approximately 7.5 miles west of the Tecate, California Port of Entry and approximately .72 mile north of the United States/Mexico International Boundary.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Guatemala on December 20, 2024 through Phoenix, AZ. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.